[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**
JAN 22 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Stacy A Caudle )
_____, )
**Plaintiff(s)**, )
)
vs. ) Case No. 18-50019
)
DeKalb County IL )
State of Illinois _____, )
)
**Defendant(s)**. )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ~~St~~ Stacy A. Caudle.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __DeKalb County, State of Illinois__, is
   (name, badge number if known)

   ☐ an officer or official employed by __State Attorney's office__ ;
   (department or agency of government)
   __Sheriffs office, Sulpupa Sheriffs Department Judge Robins Statement__ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is _____. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about __3/1/11__, at approximately __9:00__ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____

   __Sycamore__, in the County of __DeKalb__,

   State of Illinois, at __150 H Main Sycamore IL__,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other:
   __No Proof or witnesses given or Present.__
   __Creek Sheriff Department conspired with John Christners Trucking__
   __and Diamond Leasing. Sulpupa OK__

   2

4. Defendants, John christners Trucking, Diamond Leasing, Creek Sheiff Dephetment OK jr. Clay Cambell, Richards Shumcfr, DeKalb County Sheriffs Departman IL.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): _____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

   Failor to Register as a sex offender,
   Revoke Probation

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows  Way over Turned in upon Appeal.

   _____

   ☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Was arrested in Saplupa ok at my Job, after being told there was a problem with the load I was hauling. In court only a time time of post crimes were given to commit in DeKalb cty IL. Was order to do counseling and to be continue at my present counseling, And to have a evlawagion done.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Couldn't not get employment and had to do Probation and Counseling, Lost my business And Equittment. Stress almost killed me, I'm now not as Healthy as Pryer to these charge being filed.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes  ☒ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Stacy A. Caudle*

Plaintiff's name *(print clearly or type)*: Stacy A. Caudle

Plaintiff's mailing address: 7279 Rueff Rd

City Waterman   State IL   ZIP 60556

Plaintiff's telephone number: (815) 761-2315

Plaintiff's email address *(if you prefer to be contacted by email)*:

NewMe59115 4@yahoo.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

   *If yes, please list the cases below.*

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5