# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Stacy A. Caudle | ) | Case Number: 18-cv-50019 |
| Plaintiff | ) | |
| | ) | Judge: |
| v. | ) | |
| JCT, Diamond Leasing, | ) | Magistrate Judge: Iain D. Johnston |
| Defendant | ) | |

Creek County Sheriffs Department, Ok

FILED
JUN 07 2019
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

Motion for a    Judgement

We are Asking the Court For The named parties, To enter a Judgement Against Them.
They have Refused To answer This court, the Plaintiff.

Here is the reasoning for asking for this Judgement, being the following.

1. Sent a summons in September( 25th) 2018.
There was no responds.

2. Another Summons sent on De cember(27 th)2018.
   Still No responds by any names Defendents.

3. Yet again another Summons was sent to the Defendants. March 8th,2019
    Yet again No responds From Any of the Defendants.

   Your Honnor to remind you of the facts here which, became illegal once the Charges in Dekalb County Illinois
Where Dismissed Against Mr Caudle.
   Mr Caudle Was a operator For JCT(John Christner Trucking), and leased the 07 Kenworth from Diamond leasing, Which is a arm company of JCT.and M rCaudle  payed all the Maintance and cost of the said 07 Truck.
   Mr Caudle loaded in Yuma,Az And while in route to Chicago,Was told there was a problem with the load of vegetables and I should come the the yard so they can check lot numbers.As Mr Caudle was going to the yard from Tulsa Ok,he exited at the Sapulpa Ok. He noticed a unmarked police car on the shoulder of the Exit.Mr Caudle Arrived at the yard and went to the safety department.
    They had a guy watching Mr Caudle,And after 45 minutes the safety director said while we are whating you logs need to be fixed.
    Mr caudle wasn't in this office 10 minutes til the Creek County Police came in and arrested Mr caudle.
   Mr Caudle Was taking to the jail,and was never offered to bail out.spent 17 days there,Waitting to be took back to Illinois.
    As Mr Caudle could tell once he was arrested that it was as lies just to arrest him,on a warrant from Dekalb County,illimois.
   As you look at this now you see,Conspiracy,Fraud,and Rico.
    There Wasn't anything Wrong with the load.it was the charges, They took charge of all Mr Caudles belongings,Due to all the Receipts we in the truck,So I can only Estimate the cost of things they took from the Truck.

## Untitled

I would Estimate the cost at 7000.00.
Jct worked with the police to arrest MrCaudle, This was planed out by all three Defendants.
Jct and Diamond Leasing just wanted the truck, all MrCaudle's payments were up to date, So they Stole the truck.

I think the Courts see's how all the Charge's Fall intp place here.
Preponderance, most would see this as MrCaudle was, False arrest, false imprisonment, Conspiracy, and Rico.
e could throw greed as well.